No. 75–1672. GUSTAFSON *v.* HOFFMAN ET AL. Appeal from D. C. N. M. Judgment vacated and case remanded with directions to enter a fresh decree from which a timely

appeal may be taken to the United States Court of Appeals for the Tenth Circuit.